WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHELLE LATHROP,**    CV # 06-497-MO

   Plaintiff,

vs.    ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $7,200.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 22d day of March, 2007.

_____
United States District Judge

Submitted on March 20, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1